UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT THAYER,

                    Plaintiff,                    Case No. 1:25-cv-12779

v.

                                        Honorable Thomas L. Ludington
OFFICER JOHN MAY *et al.*,          United States District Judge

                    Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 3, 2025, Plaintiff, Robert Thayer, filed an unsigned, *pro se* Complaint, alleging that dozens of Ogemaw County law enforcement officials have violated his constitutional rights on sporadic occasions over an approximately two-year period. ECF No. 1. But Plaintiff's unsigned Complaint did not comply with Civil Rule 11(a), which requires that every pleading filed must be signed—else, the Court must strike it if not promptly signed. *See* ECF No. 6 at PageID.18–19. So this Court gave Plaintiff until September 17, 2025, to correct the signature deficiency. *Id.* As of today's date, Plaintiff has not corrected the deficiency. Thus, Plaintiff's unsigned Complaint, ECF No. 1, will be stricken. As a result, the case will be dismissed without prejudice.

Accordingly, it is **ORDERED** that Plaintiff Robert Thayer's Complaint, ECF No. 1, is **STRICKEN**.

Further, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes this case.**

Dated: October 3, 2025                    s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge